IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–00017–EWN–CBS

CYNTHIA PEARL WYLIE,

    Plaintiff,

v.

CITY OF AURORA, and
MARSHALL DENNIS MARTINEZ,
in his individual capacity,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Caption (*doc. no. 11)* is **GRANTED**. The Clerk of Court is directed to modify the docket to reflect that Defendant Marshall Dennis Martinez is being sued in his individual capacity only and the case caption shall be amended as indicated above.

**DATED:**    March 27, 2008